## Herman Rothenberg, Appellant, v. Lester L. Seifried et al., Appellees.

**Gen. No. 42,481.**

Heard in the third division, first district, this court at the October term, 1942; opinion filed April 26, 1944. Shulman, Shulman & Abrams, and Schwartzberg & Barnett, for appellant; Meyer Abrams, of counsel; Jerome J. Sladkey, for certain appellee; George P. Novak, for certain other appellees. Opinion by JUSTICE KILEY. Not to be published in full.